# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC
JUL 01 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:25-mj-172-SCR |
| | ) | |
| | ) | |
| | ) | |
| JOSE DE LA CRUZ-LOPEZ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 21, 2022 in the county of GASTON in the WESTERN District of NORTH CAROLINA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | MISUSE OF SOCIAL SECURITY NUMBER |
| 18 U.S.C. § 1546(b) | FALSE STATEMENT OR DOCUMENT IN IMMIGRATION MATTER |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

/s/ *Luis Salinas*
Complainant's signature

Luis Salinas, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/01/2025

Judge's signature

City and state: Charlotte, North Carolina

The Hon. Susan C. Rodriguez, U.S. Magistrate Judge
Printed name and title